THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES LYONS, Defendant-Appellant.

(No. 56455;

First District—December 1, 1972.

*Rehearing denied January 3, 1973.*

Opinion by Mr. JUSTICE DRUCKER.

John L. White, of Chicago, (Robert K. Kelty, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Stephen R. Kramer, Assistant State's Attorneys, of counsel,) for the People.